UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTONIO FLORES VERA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00071 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION
## TO SUMMARILY DISMISS *HABEAS* PETITION

Pending before the Court is Petitioner's Petition for Writ of *Habeas Corpus* (D.E. 1). On March 22, 2013, United States Magistrate Judge Brian L. Owsley issued a Memorandum and Recommendation (D.E. 6), recommending that the Petition be dismissed as time-barred. Petitioner filed his Objections (D.E. 9) on April 10, 2013.

Petitioner's "objections" are factually unsupported and vague notions of conspiracies and crimes perpetrated by judicial and law enforcement officers. Nothing in the "objections" addresses the limitations bar to this action. The objections are **OVERRULED**.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Memorandum and Recommendation, as well as Petitioner's Objections, and all other relevant documents in the record, and having made a *de novo* disposition of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court

**OVERRULES** Petitioner's Objections and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Petitioner's Petition for Writ of Habeas Corpus (D.E. 1) is **DISMISSED WITH PREJUDICE**. In the event that the Petitioner seeks a Certificate of Appealability, the request is **DENIED**.

ORDERED this 22nd day of April, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE